ADRIAN POST et al., appellants,

*v.*

WILLIAM H. POST et al., respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Post* v. *Van Houten, 14 Stew. Eq. 82.*

*Mr. Preston Stevenson,* for appellants.

*Messrs. Barkalow, Pennington & Beam,* for respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor.